Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| AURA BEATRIZ COLÓN FIGUEROA<br><br>Peticionaria<br><br><br>v.<br><br><br>WILMA JUDITH COLÓN FIGUEROA, ABDO LUIS COLÓN FIGUEROA, DENISE MARIE COLÓN FIGUEROA<br><br>Recurridos | KLCE202500289 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Caso número: CD2022CV00126<br><br>Sobre: Aceptación, renuncia, remoción o sustitución del albacea, división o liquidación de la comunidad de bienes hereditarios, nombramiento de administrador judicial de los bienes del finado (causante) |

Panel integrado por su presidente, el juez Bermúdez Torres, el juez Adames Soto y la juez Aldebol Mora.

Aldebol Mora, Juez Ponente

## R E S O L U C I Ó N

En San Juan, Puerto Rico, a 27 de marzo de 2025.

Examinadas la *Moción en Auxilio de Jurisdicción* y la *Solicitud de Certiorari* presentadas por Aura Beatriz Colón Figueroa el 24 y 26 de marzo de 2025, respectivamente, optamos por prescindir de los términos, escritos o procedimientos ulteriores "con el propósito de lograr su más justo y eficiente despacho". Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 7(B)(5). Resolvemos.

Luego de un estudio sosegado del expediente ante nos, procede declarar No Ha Lugar la solicitud en auxilio de jurisdicción y abstenernos de ejercer nuestra función revisora, por lo que, a su vez, denegamos la expedición del auto de *certiorari.* Véase, Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1, y Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Número Identificador

RES2025 _____

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

**Notifíquese inmediatamente**.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones